IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON       :
SEPTEMBER 11, 2001                :          MDL 03-1570 (GBD)(SN)

---

This Document Relates To:    All Cases

## [PROPOSED] ORDER

Counsel for the *Havlish* Plaintiffs, having reached a private settlement agreement with the law firms of Motley Rice LLC; Kreindler & Kreindler LLP; Speiser Krause, PC; and Anderson Kill PC, on behalf of their firms and clients, the *Havlish* Plaintiffs' Renewed Motion for an Order Creating a Common Benefit Fund and Authorizing Certain Disbursements Therefrom (MDL Dkt. No. 4289 & 4291) ("the Motion"), is hereby dismissed with prejudice as against Motley Rice LLC, Kreindler & Kreindler LLP; Speiser Krause, PC; and Anderson Kill PC and their clients.

Counsel for any other party with claims against the Islamic Republic of Iran

[continued on next page]

1

impacted by the Motion may contact counsel for the *Havlish* Plaintiffs if interested in attempting to reach a private settlement of the Motion.

DATE: <u>DEC 12 2023</u>
New York, New York

SO ORDERED.

<u>George B. Daniels</u>
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE